# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-7117** | **September Term, 2013** |
| | 1:08-cv-02054-RMC |
| | Filed On: August 28, 2014 [1509740] |

Cruise Connections Charter Management 1, LP and Cruise Connections Charter Management GP, Inc.,

    Appellees

    v.

Attorney General of Canada, representing the Royal Canadian Mounted Police, et al.,

    Appellants

------------------------------

Consolidated with 14-7123

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Appellant(s) in case No. 14-7123 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | September 29, 2014 |
| Statement of Issues to be Raised | September 29, 2014 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
             Ken R. Meadows
             Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form